The Honorable Magistrate Michelle L. Peterson

In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Stacy Ritch and Gellert Dornay, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>American Honda Motor Co., Inc., a Delaware Corporation,<br><br>*Defendant*. | No. 3:21-cv-05706-MLP<br><br>Plaintiffs' Jury Demand |

Pursuant to Fed. R. Civ. P 38, Plaintiffs hereby demand a trial by jury on all issues so triable.

September 27, 2021.

Ard Law Group PLLC

By: *[signature]*

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
Attorneys For Plaintiffs And
The Putative Class

Plaintiffs' Jury Demand - 1

*Ritch v. Honda*, 3:21-cv-05706-MLP

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243