UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STACY RITCH and GELLERT DORNAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:21-cv-05706-DGE<br><br>ORDER DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT |

The Court in its previous Order Granting Defendant's Motion to Dismiss provided Plaintiffs the opportunity to file a second amended complaint or the Court would enter an order dismissing the First Amended Complaint with prejudice.  (Dkt. No. 28 at 13.)  Plaintiffs have informed the Court they do not intend to further amend their First Amended Complaint (Dkt. No. 29) and therefore the Court Dismisses Plaintiffs' First Amended Complaint WITH PREJUDICE.

Dated this 20th day of May 2022.

ORDER DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT - 1

David G. Estudillo
United States District Judge

ORDER DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT - 2